IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| WCM INDUSTRIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 2:13-cv-2019-JPM-tmp |
| | ) | |
| IPS CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT ON JURY VERDICT**

**JURY VERDICT.**  This action came to consideration before the Court for a trial by jury.  The issues have been tried; the jury duly rendered its verdict on October 27, 2015 (ECF No. 454); and Plaintiff submitted a Notice of Sales of Additional Infringing Units Through October 31, 2015 (ECF No. 458) on November 5, 2015.

Plaintiff WCM Industries, Inc. is awarded a total of $1,383,978 in damages:

$1.00 for each of the 1,383,978 infringing units sold.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict for the Plaintiff, where the jury found direct or indirect infringement of each asserted claim, did not find invalidity of any asserted claim, and found that the infringement was willful, the judgment in the amount of $1,383,978 is hereby entered.  The Court retains jurisdiction to enforce the judgment.  Plaintiff's Motion for Permanent Injunction (ECF No. 473) remains pending.

APPROVED:

/s/ Jon P. McCalla
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


December 4, 2015
DATE